# Court of Appeals
# of the State of Georgia

ATLANTA, May 30, 2018

*The Court of Appeals hereby passes the following order*

**A18D0446. STEPHEN M. BASKIN v. APRIL Y. BASKIN.**

Upon consideration of the Application for Discretionary Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2015CVD2068



*Court of Appeals of the State of Georgia*
      *Clerk's Office, Atlanta, May 30, 2018.*

   *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

      *, Clerk.*